PATRICIA EYRICH v. CONNY H. DAM AND ROBERT EARL
D/B/A ROBERTS BROS. CIRCUS.

April 10, 1984.

Petition for certification denied.   (See 193  *N.J.Super.*  244)

PATRICIA EYRICH v. CONNY H. DAM AND SCHOOLEY'S
MOUNTAIN FIRE PROTECTION ASSOCIATION.

April 10, 1984.

Petition for certification denied.   (See 193  *N.J.Super.*  244)

PATRICIA EYRICH v. CONNY H. DAM AND ROBERT EARL
D/B/A ROBERTS BROS. CIRCUS.

April 10, 1984.

Cross-petition for certification denied.   (See 193  *N.J.Super.*
244)

SHARON SINTON v. ARTHUR H. STOCK.

April 10, 1984.

Petition for certification denied.